UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIE KAY HATCH,

                    Plaintiff,              CASE NO. C17-1264RSL

        v.
                                            ORDER OF REMAND
NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

                    Defendant.

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Theresa L. Fricke. It is therefore ORDERED:

(1)     The Court adopts the Report and Recommendation; and

(2)     The Court REVERSES the Commissioner's decision to deny benefits and REMANDS this matter for an award of benefits.


Dated this 19th day of June, 2018.

ROBERT S. LASNIK
United States District Judge

ORDER OF REMAND
PAGE - 1