U.S. DISTRICT COURT JUDGE ROBERT S. LASNIK
U.S. MAGISTRATE JUDGE THERESA L. FRICKE

UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE KAY HATCH,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:17-cv-01264-RSL-TLF<br><br>ORDER |

THIS MATTER having been brought before this Court upon the parties' Stipulated Motion for Equal Access to Justice Act attorneys' fees and costs, and the Court having fully considered this matter:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Stipulated Motion for EAJA attorney fees is Granted and Plaintiff is awarded attorneys' fees in the amount of $9,033.62 and reimbursement of expenses in the amount of $30.12 for a total of $9,033.62 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Plaintiff is also awarded $10.00 in costs under 28 U.S.C. § 1920.

ROBEY NAMBA, P.S.
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838

ORDER - 1

The check(s) shall be mailed to Plaintiff's attorney's office: Robey Namba, P.S., 1414 F Street, Bellingham, WA 98225. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA fees shall be made payable to Robey Namba, P.S., based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

DATED this 30th day of August, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented By:

s/ David A. Namba
David A. Namba, WSBA #29346
Attorney for Plaintiff

RESPECTFULLY SUBMITTED on August 20, 2018.

ROBEY NAMBA, P.S.

s/ David A. Namba
David A. Namba, WSBA #29346
Attorney for Plaintiff
Robey Namba, P.S.
1414 F Street
Bellingham, WA 98225
Telephone: 360.676.2548
Fax: 360.647.7838
E-mail: mail@robeynambalaw.com

ORDER - 2

ROBEY NAMBA, P.S.
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838